# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-338-MOC-DSC

| | |
|---|---|
| UNIVAR, INC., | ) |
|       Plaintiff, | ) |
| v. | ) **ORDER** |
| TAYLOR THANOS, | ) |
|       Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Thomas Pasternak]" (document #15) filed on July 3, 2017. Mr. Pasternak seeks to appear as counsel *pro hac vice* for Defendant Taylor Thanos. Upon review and consideration of the Motion, the Motion will be granted.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the "Motion for Admission Pro Hac Vice" (document #15) is **GRANTED**.

**SO ORDERED**.

Signed: July 3, 2017

_____
David S. Cayer
United States Magistrate Judge

1