**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-338-MOC-DSC**

| | | |
|---|---|---|
| **UNIVAR, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TAYLOR THANOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Brett Rendeiro]" (document #21) filed on July 13, 2017.   Upon review and consideration of the Motion, the Motion will be <u>granted</u>.

   **IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the "Motion for Admission Pro Hac Vice" (document #21) is **GRANTED**.

   **SO ORDERED**.

       Signed: July 13, 2017

       _____

       David S. Cayer
       United States Magistrate Judge