UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00338-MOC-DSC

| | | |
|---|---|---|
| **UNIVAR USA, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | <u>PRELIMINARY INJUNCTION</u> |
| | ) | |
| | ) | |
| **TAYLOR THANOS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on plaintiff's Motion for Temporary Restraining Order ("TRO") (#2), which after issuance of a TRO was converted into a Motion for Preliminary Injunction. After conducting an adversarial and evidentiary hearing on the Motion for Preliminary on July 6, 2017, and the Court having considered the evidence presented at the hearing, including the testimony of plaintiff's representatives and experts and from the defendant, the exhibits admitted into evidence, and the arguments presented by counsel for the respective parties, and the Court having considered the parties' stipulation to the continuation of certain restrictions to be imposed upon defendant, and the Court having determined at the conclusion of the hearing, for the reasons stated on the record, that a preliminary injunction should be issued, and the Court having issued a Preliminary Injunction from the bench, and the Court being otherwise fully advised in the premises;

**IT IS, THEREFORE, ORDERED** that, until final resolution of this matter, the preliminary injunction issued by the Court at the close of the hearing on July 6, 2017, continues so as to restrain and enjoin Defendant Taylor Thanos from:

(1)     using, disclosing, transferring, or permitting others to use any confidential and proprietary information of Univar; and

(2)     either soliciting or accepting business from, or providing products or services to, any customer or prospective customer of Univar from a list that shall be agreed to by the parties by **July 21, 2017**.  Recognizing that a customer list can itself be sensitive business information, such list shall be subject to the Protective Order already in place and shall be reviewed and used by Chemsolv, Inc. only to determine clients who defendant may and may not call on, not to further or expand its own business.  If the parties reach agreement as to the list, such list need not be filed with this Court but maintained by the parties.

**IT IS FURTHER ORDERED** that in accordance with Rule 65(b)(2), this Order shall bind the parties, the parties' officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with any of the foregoing, including but not limited to, Defendant's current employer.

This Preliminary Injunction shall remain in effect until further order of the Court.

Signed: July 12, 2017

Max O. Cogburn Jr.
United States District Judge