UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00338

| | |
|---|---|
| **UNIVAR USA, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **TAYLOR THANOS,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion to Dismiss Counterclaims, pursuant to Rule 12(b)(6). Having considered plaintiff's motion (#41) and reviewed the pleadings, including defendant's response (#51) and plaintiff's reply (#54), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Dismiss Counterclaims (#41) is **DENIED**. Plaintiff shall Answer the Counterclaims within 14 days.

Signed: September 13, 2017

Max O. Cogburn Jr.
United States District Judge