# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-338-MOC-DSC

| | |
|---|---|
| UNIVAR, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| TAYLOR THANOS, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on non-party Chem-Solv, Inc.'s "Motion for Protective Order" (document #33), "Plaintiff's Motion to Compel Compliance with Subpoena to Chem-Solv, Inc." (document #37) and "Plaintiff's Motion to Compel Discovery from Defendant" (document #47), as well as the parties' briefs and exhibits.

The Court has carefully considered the parties' submissions, along with the record and authorities.

On July 18, 2017, the Court entered an "Order on Consent Motion for Expedited Discovery" (document #25) governing the forensic examination of Defendant's electronic devices. The Court concludes that this examination should be conducted with appropriate safeguards to protect Chem-Solv's confidential information. Accordingly, Chem-Solv's Motion for Protective Order (document #33) will be granted in part and denied in part. The Court will enter the Protective Order attached as Exhibit D to "Plaintiff's Memorandum … in Opposition …" (document #39). Otherwise, the forensic examination will take place as previously ordered.

For the reasons stated in its briefs, "Plaintiff's Motion to Compel Compliance with Subpoena to Chem-Solv, Inc." (document #37) is granted as set forth below. Chem-Solv's

1

production will be covered by the existing "Consent Protective Order" (document #12). Plaintiff agrees that Chem-Solv may use an "Attorney's Eyes Only" designation. <u>See</u> Plaintiff's "Memorandum of Law in Support …" at 12-13 (document #38). Accordingly, the Court will enter an "Attorney's Eyes Only" Protective Order as well.

For the reasons stated in its briefs, "Plaintiff's Motion to Compel Discovery from Defendant" (document #47) is <u>granted</u> as set forth below.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. Chem-Solv's Motion for Protective Order (document #33) is **GRANTED IN PART** and **DENIED IN PART.** Plaintiff's counsel is directed to send the above-referenced Protective Order in Word format to the undersigned's chambers forthwith. Otherwise, the forensic examination will take place as provided by the "Order on Consent Motion for Expedited Discovery" (document #25).

2. "Plaintiff's Motion to Compel Compliance with Subpoena to Chem-Solv, Inc." (document #37) is **GRANTED**. Within ten days from this Order, Plaintiff and Chem-Solv shall submit a consent protective order including an "Attorney's Eyes Only" designation. If they are unable to agree, each shall submit its proposed order.

3. "Plaintiff's Motion to Compel Discovery from Defendant" (document #47) is **GRANTED**. Within fifteen days of this Order, Defendant shall make full and complete responses to Plaintiff's discovery requests. In the event Defendant contends she has previously made a full and complete response to a particular request, she shall so state in a verified discovery response.

4. The Clerk is directed to send copies of this Order to the parties' counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: October 5, 2017

David S. Cayer
United States Magistrate Judge