IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-338-MOC-DSC

| | |
|---|---|
| UNIVAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TAYLOR THANOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Catherine J. Huff and Paul Granger Klockenbrink]" (documents ##69-70) filed on October 6, 2017. For the reasons stated therein, the Motions will be granted.

**SO ORDERED**.

Signed: October 6, 2017

David S. Cayer
United States Magistrate Judge