UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00338-MOC-DSC

| | |
|---|---|
| **UNIVAR USA, INC.,** | ) |
| Plaintiff, | ) |
| Vs. | ) CONSENT INJUNCTION |
| **TAYLOR THANOS,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the request of the parties for entry of a Consent Injunction. From the documents tendered to Chambers, it appears that the parties have agreed to the terms of the Consent Injunction as part of a settlement of this action. Further, the Court finds the terms of the proposed Consent Injunction to be both fair and equitable, and enters the following order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Taylor Thanos is restrained and enjoined from:

1. Using, disclosing, transferring, or permitting others to use any confidential and proprietary information of Univar. This prohibition shall last indefinitely; however, this prohibition shall not apply if the specific confidential and proprietary information of Univar at issue becomes lawfully available to Defendant Taylor Thanos from a source other than Univar.

2.      Either soliciting, directly or indirectly, or accepting business from, or providing products or services to, any customer of Univar, an agreed-upon list of which is included as an exhibit to the parties' settlement agreement. This prohibition shall remain in effect through July 31, 2018.

**IT IS FURTHER ORDERED** that in accordance with Rule 65(b)(2), this Order shall bind the parties, the parties' officers, agents, servants, employees, attorneys and other persons who are in active concert or participation with any of the foregoing, including but not limited to, Defendant's current employer. This Consent Injunction will remain in full force and effect following the entry of the Consent Order of Dismissal with Prejudice, which immediately follows.

Signed: October 23, 2017



Max O. Cogburn Jr
United States District Judge

Consented to:

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| s/ Ann-Patton Hornthal | s/ Elizabeth Vennum |
| Ann-Patton Hornthal | Elizabeth Vennum |
| Roberts & Stevens, P.A. | SeiferFlatow, PLLC |
| P.O. Box 7647 | 2319 Crescent Avenue |
| Asheville, NC 28802 | Charlotte, Nort Carolina 28207 |
| (818) 253-7200 | (704) 512-0606 |
| aphornthal@roberts-stevens.com | liz@seiferflatow.com |

Lawrence J. Murphy
Brett A. Rendeiro
Varnum LLP
333 Bridge Street NW
Grand Rapids, Michigan 49501
(616) 336-6000
ljmurphy@varnumlaw.com
barendeiro@varnumlaw.com