UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00338-MOC-DSC

| | |
|---|---|
| **UNIVAR USA, INC.,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>)<br>**TAYLOR THANOS,** )<br>)<br>Defendant. ) | CONSENT ORDER OF<br>DISMISSAL WITH PREJUDICE |

**THIS MATTER** is before the Court on the submission to Chambers of a proposed Consent Order of Dismissal with Prejudice. It appearing that the terms of the proposed Consent Order are both fair and equitable and that this Court has entered the proposed Consent Injunction in advance of entry of this dismissal, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without costs or fees to any party, except as otherwise set forth in the parties' settlement agreement. This dismissal applies to all claims and counterclaims which were, or could have been, asserted in this matter. The Court retains jurisdiction to enforce the Consent Injunction (#79) and the terms of the parties' settlement agreement.

Signed: October 23, 2017



Max O. Cogburn Jr
United States District Judge

Consented to:

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| s/ Ann-Patton Hornthal | s/ Elizabeth Vennum |
| Ann-Patton Hornthal | Elizabeth Vennum |
| Roberts & Stevens, P.A. | SeiferFlatow, PLLC |
| P.O. Box 7647 | 2319 Crescent Avenue |
| Asheville, NC 28802 | Charlotte, Nort Carolina 28207 |
| (818) 253-7200 | (704) 512-0606 |
| aphornthal@roberts-stevens.com | liz@seiferflatow.com |

Lawrence J. Murphy
Brett A. Rendeiro
Varnum LLP
333 Bridge Street NW
Grand Rapids, Michigan 49501
(616) 336-6000
ljmurphy@varnumlaw.com
barendeiro@varnumlaw.com