IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-cv-00338

| | |
|---|---|
| **UNIVAR USA, INC.,** a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>**TAYLOR THANOS,** a North Carolina resident,<br><br>Defendant. | **Motion to Withdraw** |

All claims and counterclaims before this Court having been dismissed pursuant to a Confidential Settlement Agreement and Release, Defendant and Counterclaim Plaintiff, Taylor Thanos, hereby gives consent to the undersigned to withdraw from representation. Accordingly, pursuant to LCvR 83.1(f), Elizabeth Vennum, of the law firm Seiferflatow PLLC, moves to withdraw as counsel for Ms. Thanos.

THIS THE 24TH DAY OF OCTOBER, 2017.

SEIFERFLATOW, PLLC

By: S/ ELIZABETH VENNUM_____
ELIZABETH VENNUM
NC State Bar No. 49747
Attorney for Defendant/Counterclaim
Plaintiff Taylor Thanos
2319 Crescent Avenue
Charlotte, North Carolina 28207
(704) 512 0606

## CLIENT CONSENT

Pursuant to a Confidential Settlement Agreement, I, Taylor Thanos, have voluntarily dismissed all counterclaims in this matter, and give my consent to the withdrawal of SeiferFlatow, PLLC and attorney Elizabeth Vennum as my counsel in this action.

_____  
Taylor Thanos  
820 East 7th Street, Apt. 401  
Charlotte, NC 28202

10-23-2017  
Date

# CERTIFICATE OF SERVICE

I hereby certify that on October 24th, 2017, a copy of the foregoing **Motion to Withdraw from Representing Defendant and Counterclaim Plaintiff, Taylor Thanos,** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail.

THIS THE 24TH DAY OF OCTOBER, 2017.

SEIFERFLATOW, PLLC

By: S/ ELIZABETH VENNUM