# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Univar USA, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:17-cv-00338-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Taylor Thanos, | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2017 Order.

October 24, 2017

_Frank G. John_
Frank G. Johns, Clerk
United States District Court