# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CIVIL CASE NO. 3:17 cv 338

UNIVAR USA, INC.,
        Plaintiff,

Vs.

TAYLOR THANOS,
        Defendant.

## ORDER

**THIS MATTER** is before the Clerk by the request of the Financial Administrator to return the $5,000.00 bond deposited with the Clerk by Univar USA, Inc., on June 26, 2017.

This case was dismissed on October 23, 2017, per this court's "Consent Order of Dismissal with Prejudice" [Doc. 81]. and the "Clerk's Judgment" of October 24, 2017, [Doc. 83].

**IT IS, THEREFORE, ORDERED,** that the Financial Administrator return $5,000.00 bond, with interest, to Univar USA, Inc.

**IT IS SO ORDERED this 5th day of April, 2018.**

Signed: April 5, 2018

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court